IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATIONAL RISK MANAGEMENT LLC, | No. C 12-00584 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| UNION BANK NA, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 28, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 14, 2012.

DESIGNATION OF EXPERTS: 2/1/13; REBUTTAL: 3/1/13.
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 29, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by April 19, 2013;

  Opp. Due May 3, 2013; Reply Due May 10, 2013;

  and set for hearing no later than May 24, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 20, 2013 at 3:30 PM.

JURY TRIAL DATE: September 3, 2013 at 8:30 AM.,
  Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties agree to participate in private mediation by July 31, 2012. Counsel shall inform the Court of the name of the mediator and the date it has been scheduled for.

The deadline to amend the pleadings with respect to copyright issues is 9/28/12, any other amendments shall be due by 8/14/12.

Counsel shall meet and confer regarding the jury demand and if no resolution on whether or not a jury is proper, then file the appropriate motions.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/4/12

                                              SUSAN ILLSTON
                                              United States District Judge